ACCEPTED
12-14-00176-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/26/2015 11:19:09 AM
CATHY LUSK
CLERK

**IN THE TWELFTH COURT OF APPEALS
IN TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/26/2015 11:19:09 AM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| **TRENT MUMPHREY** | § | |
| **Appellant** | | |
| V. | § | CASE NO. 12-14-00176-CR |
| | | TRIAL COURT NO. 114-0005-13 |
| THE STATE OF TEXAS | | |
| Appellee | § | |

**SIXTH MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, TRENT MUMPHREY , the Appellant herein, and moves the Court for an extension of time to file Appellant's Brief in this cause, pursuant to Rules 38.6 and 10.5 (b) of the Texas Rules of Appellate Procedure, and in support thereof would show the Court as follows:

I.

The Appellant in this cause was convicted in the 114th District Court, Smith County, Texas in cause number 114-0005-13 for the offense of Aggravated Robbery.  On April 4, 2014, punishment was assessed at life in TDCJ.

II.

The Reporter's record was filed on December 2, 2014. The Appellant's Brief is due on or about May 26, 2015.

III.

The Appellant hereby requests a fifrth extension of time to file Appellant's Brief.

The undersigned counsel has been unable to devote sufficient time to the review of the record, research and preparation of Appellant's Brief for the following good and sufficient reasons:

This counsel has been diagnosed with complications related to his prior surgery in March at the Harvard Medical School in Boston, Massachusetts. Counsel is scheduled for a follow up doctor's appointment on June 4, 2015.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court extend the time for filing Appellant's Brief for an additional thirty (30) days, to June 26, 2015.

RESPECTFULLY SUBMITTED,


__/s/ Clement Dunn_____
Attorney for Appellant
140 E. Tyler Street, Suite 240
Longview, TX 75601
(903) 753-7071 Fax (903) 753-8783
State Bar # 06249300

## CERTIFICATE OF SERVICE

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of

the above and foregoing document was this date provided to the Attorney for the State.

Date: 5-26-15

__/s/ Clement Dunn_____
Attorney for Appellant

## IN THE TWELFTH COURT OF APPEALS
## IN TYLER, TEXAS

| | | |
|---|---|---|
| **TRENT MUMPHREY**<br>          **Appellant** | § | |
| VI. | § | CASE NO. 12-14-00176-CR<br>TRIAL COURT NO. 114-0005-13 |
| THE STATE OF TEXAS<br>          Appellee | § | |

## ORDER

BE IT REMEMBERED, that on the _____ day of _____, 2015, came

on to be considered the above and foregoing Sixth Motion for Extension of Time to File

Appellant's Brief.  After consideration of the same, it is the opinion of the Court that Appellant's

Motion be:

( )     GRANTED, and the present cause is hereby extended until _____,

2015.

( )     DENIED, to which ruling the Appellant excepts.

( )     SET FOR HEARING ON THE _____ day of _____, 2015, at

_____ o'clock_____.

SIGNED:

_____
JUDGE PRESIDING